**Caston FORBES & Sandra Kay Forbes, Plaintiffs–Appellants,**

v.

**NEW CENTURY MORTGAGE CORPORATION, Defendant–Appellee,**

and

**Ocwen Federal Bank FSB, Defendant–Appellee.**

No. 05–20187
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 10, 2005.

Sandra Forbes, Humble, TX, pro se.

Caston Forbes, Humble, TX, pro se.

Peter Chipman Smart, Crain, Caton & James, Houston, TX, for Defendants–Appellees.

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Appellants assign some twenty-three violations of the Texas Constitution and breaches of common law and statutory duties in support of their appeal challenging the district court's order concluding that appellants are bound on the note and mortgage they signed and granting summary judgment to defendants. Having reviewed the briefs and record in this case, we conclude that none of these arguments have merit. We therefore affirm the district court's judgment essentially for the reasons stated in the district court's Memorandum and Order of February 16, 2005.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.